COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF IRVING, TEXAS, | § | No. 08-12-00223-CV |
| Appellant, | § | Appeal from the |
| v. | § | 68th District Court |
| WILLIAM N. BARSTOW, | § | of Dallas County, Texas |
| Appellee. | § | (TC# DC-11-13496-C) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's unopposed motion to withdraw and dismiss the appeal and remand the case to the trial court for entry of an agreed judgment. TEX. R. APP. P. 42.1(a)(2). Where parties have reached an agreement, we are authorized to set aside the judgment without regard to the merits and remand the case for rendition of judgment in accordance with the agreement. TEX. R. APP. P. 42.1(a)(2)(B). However, Rule 42.1(a)(2)(B) does not authorize a reviewing Court to dismiss the appeal of settling parties who seek to effectuate their agreement by rendition in the trial court. *Id.* Therefore, the motion is denied in part and granted in part. Appellant's request to dismiss the appeal is denied. To effectuate the parties' desire to obtain an agreed judgment, we set aside the trial court judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. Pursuant to the parties' agreement, costs are taxed against the party incurring them. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

November 7, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.